UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| LENA A. NICHOLS,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 3:26-cv-05618-BAT<br><br><br>ORDER |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's eligibility for disability benefits under Title II and Title XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Administrative Law Judge shall give further consideration to the claimant's residual functional capacity and provide rationale with specific references to the evidence of record in support of assessed limitations (Social Security Ruling 96-8p). In so doing, the Administrative Law Judge shall obtain evidence from a medical expert to clarify the claimant's ability to function both pre- and post-surgery. The Administrative Law Judge shall obtain supplemental evidence from a vocational expert to clarify the effect of

the assessed limitations on the claimant's occupational base (Social Security Ruling 83-14), and to determine whether the claimant has acquired skills that are transferable to other occupations under the guidelines of Social Security Ruling 82-41. The hypothetical question should reflect the specific capacity/limitations established by the record as a whole. The Administrative Law Judge will ask the vocational expert to identify examples of appropriate jobs and to state the incidence of such jobs in the national economy (20 CFR 404.1566 and 416.966). The Administrative Law Judge shall give the claimant the opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision.

DATED this 19th day of November, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

s/ Benjamin J. Groebner

BENJAMIN J. GROEBNER
Special Assistant United States Attorney
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2494
benjamin.groebner@ssa.gov